### PERKINS v. STATE. (No. 6347.)

(Court of Criminal Appeals of Texas. June 15, 1921.)

Criminal law ⬅1094—Judgment affirmed, in absence of bill of exceptions, statement of facts, and fundamental error.

Where there are neither bills of exceptions, statement of facts, nor fundamental error revealed by the record, the judgment will be affirmed.

Appeal from Stephens County Court; J. W. Darden, Judge.

L. P. Perkins was convicted of keeping a disorderly house, and he appeals. Affirmed.

R. H. Hamilton, Asst. Atty. Gen., for the State.

MORROW, P. J. Conviction is for keeping a disorderly house; punishment fixed at a fine of $200 and confinement in jail for 20 days.

There are neither bills of exceptions, statement of facts, nor fundamental error revealed by the record.

The judgment is therefore affirmed.

---

⬅For other cases see same topic and KEY-NUMBER in all Key-Numbered Digests and Indexes